

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-16-00435-CV

Everett W. **GREGORY** Jr. and Marcia Gregory,
Appellants

v.

**BANK OF AMERICA N.A.**, and Jesse R. Mendoza,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI05064
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

On August 19, 2016, the trial court clerk notified this Court that the clerk's record was not filed because appellant has failed to pay, or make arrangements to pay, the clerk's fee for preparing the record. Appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court